UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SOLOMON BOOMER,

                              Plaintiff,

                                                                             DECISION AND ORDER

                                                                             03-CV-6348L

             v.

JOSE M. DE PERIO, et al.,

                              Defendants.
_____

      By letter/motion (Dkt. #75), plaintiff, Solomon Boomer ("Boomer"), requests that this Court vacate the order referring all pretrial matters in this civil case to United States Magistrate Judge Marian W. Payson.

      I find no basis whatsoever to grant such relief. Plaintiff is just not satisfied with decisions issued by the Magistrate Judge, and that is no reason to vacate the referral order.

## CONCLUSION

      Plaintiff's motion to vacate the referral order to United States Magistrate Judge Marian W. Payson (Dkt. #75) is denied.

      IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       January 25, 2010.